(128 So. 925)

### Will TAYLOR v. STATE.
#### 8 Div. 41.

Court of Appeals of Alabama.
May 27, 1930.

RICE, J.
Affirmed.

(125 So. 927)

### Hewlett TERRY v. STATE. (8 Div. 860.)

Court of Appeals of Alabama. Jan. 28, 1930.

SAMFORD, J. Appeal dismissed.

(122 So. 926)

### Maggie THOMAS v. CITY OF BIRMINGHAM.
#### (6 Div. 580.)

Court of Appeals of Alabama. April 30, 1929.

SAMFORD, J. Affirmed.

(125 So. 927)

### Alford THOMAS v. STATE. (6 Div. 768.)

Court of Appeals of Alabama. Dec. 10, 1929.

SAMFORD, J. Appeal dismissed.

(119 So. 926)

### N. D. THOMAS v. CITY OF MOBILE.
#### (1 Div. 835.)

Court of Appeals of Alabama. Jan. 8, 1929.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(119 So. 926)

### Bob THOMAS v. STATE. (7 Div. 504.)

Court of Appeals of Alabama. Jan. 22, 1929.

RICE, J. Affirmed.

(119 So. 926)

### Edwin THOMAS v. STATE. (6 Div. 476.)

Court of Appeals of Alabama. Dec. 18, 1928.

R. M. Montgomery, of Birmingham, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The accusation by indictment against this appellant was for the offense of transporting five gallons or more of intoxicating liquors, which offense was made a felony by the act of the Legislature approved September 6, 1927. Acts 1927, p. 704. Upon conviction, after due trial, the court sentenced him to serve an indeterminate term of imprisonment in the penitentiary; judgment of conviction was accordingly pronounced and entered, from which this appeal was taken. There are no errors upon the record, and upon the record this appeal is rested. Let the judgment of conviction, from which this appeal was taken, stand affirmed.

Affirmed.

(124 So. 926)

### Jack THOMAS v. STATE. (4 Div. 562.)

Court of Appeals of Alabama. Nov. 26, 1929.

RICE, J. Affirmed.

(124 So. 926)

### Bob THOMPSON v. STATE. (4 Div. 518.)

Court of Appeals of Alabama. Nov. 12, 1929.

RICE, J. Appeal dismissed.